**MUMFORD WEST & SNOW, LLC**
Marcus R. Mumford (12737)
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
801.657.4390 (phone)
801.657.4393 (fax)
mrm@mumfordwest.com

*Attorneys for Plaintiffs*

---

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRET W. RAWSON AND JENNIFER A. RAWSON,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>SETERUS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LEHMAN BROTHERS BANK, FSB; FEDERAL NATIONAL MORTGAGE ASSOCIATION; HALLIDAY & WATKINS, P.C.; and JOHN DOES 1-10,<br><br>    *Defendants*. | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AGAINST DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br><br>Case No. 2:11-cv-00928-BSJ<br><br>Judge Bruce S. Jenkins |

Plaintiffs Bret and Jennifer Rawson (the "Rawsons") and Defendant Federal National Mortgage Association ("FNMA") hereby stipulate to extend the time for the Rawsons to amend their Complaint, as the parties continue to pursue settlement of this litigation.

The current deadline for the Rawsons to amend their Complaint is February 24, 2012, and thus, has not yet expired.  The parties hereby stipulate that the Rawsons will have three weeks

from the date Defendant notifies the Rawsons of Defendant's decision on the proposed loan modification to file the amended complaint.

DATED this 24th day of February, 2012.

CORVUS LAW GROUP, LLC
/s/ Marcus R. Mumford
Marcus R. Mumford

*Attorneys for Plaintiffs*

Bloom Murr & Accomazzo, P.C.

/s/ Jamie G. Siler (*with permission*)
Jamie G. Siler

*Attorneys for Defendant Federal National Mortgage Association*